IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MITSUI SUMITOMO INSURANCE )
COMPANY OF AMERICA, )
 )
        Plaintiff, )
 )
        v. )   1:09-CV-00480
 )
AUTOMATIC ELEVATOR COMPANY, )
INC. and DUKE UNIVERSITY HEALTH )
SYSTEM, INC., )
 )
        Defendants. )

### JUDGMENT

**Auld, Magistrate Judge**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Mitsui Sumitomo Insurance Company of America's Motion for Summary Judgment (Docket Entry 29) is **GRANTED** and that (1) Mitsui Sumitomo does not have a duty to defend or to indemnify Automatic Elevator with respect to the Duke Indemnity Action under the 03-04 Policy; (2) the underlying claims of the Duke Indemnity Action involve one "occurrence" as defined under the 04-05 Policy, thereby capping Mitsui Sumitomo's obligations at the $1 million per occurrence limit of the 04-05 Policy; (3) as Mitsui Sumitomo has previously made $1 million available for the settlement of underlying claims (see Docket Entry 23, ¶ 25), the available limit under the 04-05 Policy has been exhausted; and (4) Mitsui Sumitomo has no further

duty to defend or to indemnify Automatic Elevator with respect to the Duke Indemnity Action under the 04-05 Policy.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion for Summary Judgment by Duke University Health System, Inc. (Docket Entry 27) is **DENIED**.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

September 13, 2011