FILED: February 11, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2057
(1:09-cv-00480-LPA-LPA)

_____

MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA

      Plaintiff - Appellee

v.

DUKE UNIVERSITY HEALTH SYSTEM, INC.

      Defendant - Appellant

and

AUTOMATIC ELEVATOR COMPANY, INC.

      Defendant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK