FILED: March 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2057
(1:09-cv-00480-LPA-LPA)

_____

MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA

      Plaintiff - Appellee

v.

DUKE UNIVERSITY HEALTH SYSTEM, INC.

      Defendant - Appellant

and

AUTOMATIC ELEVATOR COMPANY, INC.

      Defendant

_____

M A N D A T E

_____

The judgment of this court, entered February 11, 2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*